IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOSEPH JONES,
        Plaintiff,

vs.                          Case No. 5:08cv32/RS/MD

STATE OF FLORIDA DEPARTMENT
OF CORRECTIONS, et al.,
        Defendants.

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk. Plaintiff commenced this action in January of 2008 by filing a civil rights complaint under 42 U.S.C. § 1983. (Doc. 1). Because plaintiff's complaint was not accompanied by the filing fee or an application to proceed *in forma pauperis*, this court entered an order directing plaintiff to either pay the $350.00 filing fee or file a complete application to proceed *in forma pauperis*, within thirty days. (Doc. 4). Plaintiff was warned that failure to comply with the order would result in a recommendation of dismissal of this action. Plaintiff did not respond to the order.

Accordingly, on January 17, 2008 the court entered an order requiring plaintiff to show cause, within twenty days, why his case should not be dismissed for failure to comply with an order of the court. (Doc. 5). A copy of the order was mailed to plaintiff at his then address of record, Washington Correctional Institution. That same day the court received a notice of change of address, indicating that plaintiff had been transferred to New Jersey. In an abundance of caution the court re-mailed a copy of its January 17, 2008 order to plaintiff at his new address. Over twenty days

have elapsed from the date of re-mailing, and plaintiff has not responded to the order.

Accordingly, it respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court.

2. That the clerk be directed to close the file.

At Pensacola, Florida, this 22nd day of April, 2008.

/s/ *Miles Davis*
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE

### NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.** *Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.*  **A copy of objections shall be served upon all other parties. Failure to object may limit the scope of appellate review of factual findings.** See **28 U.S.C. § 636;** *United States v. Roberts*, **858 F.2d 698, 701 (11th Cir. 1988).**